# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERIC S. BRYANT,

    Plaintiff,                                            Case No. 20-12214

v.

ALEJANDRO MAYORKAS, Acting Secretary,    Hon. Nancy G. Edmunds
United States Department of Homeland Security,   Mag. Judge R. Steven Whalen

    Defendant.

_____

| | |
|---|---|
| Leonard Mungo (P43562) | Brittany D. Parling (P78870) |
| Attorney for Plaintiff | Attorney for Defendant |
| Mungo & Mungo At Law, PLLC | Assistant United States Attorney |
| 31700 Telegraph Rd., Suite 250 | W. Fort Street., Suite 2001 |
| Bingham Farms, MI 48025 | Detroit, MI 48226 |
| (248) 792-7557 Office Phone | (313) 226-9746 Office Phone |
| (248) 792-7303 Fax | (313) 600-8915 Cell Phone |
| caseaction@mungoatlaw.com | brittany.parling@usdoj.gov |

_____

## **PLAINTIFF'S WITNESS LIST**

NOW COMES Plaintiff, by and through his attorneys, Mungo & Mungo At Law, PLLC, and for his Final Witness List provide the following:

1. All past and present employees, contractors, agents, representatives, assigns, officers, directors, and members of The Department of Homeland Security ("DHS"), who can be reached through Defendant's counsel.

2. All past and present employees, contractors, agents, representatives, assigns, officers, directors, members, partners, and joint venturers of the Equal Employment Opportunity Commission.

3. Eric Bryant who may be reached through his counsel, Mungo & Mungo At Law, PLLC.

4. Officer David Snead (CBP Employee); who may be reached through Defendant' s counsel.

5. Officer Kyisha Jones (CBP Employee) who can be reached through Defendant' s counsel.

6. Chief Officer Danny Marshall (CBP Employee) who can be reached through Defendant' s counsel.

7. Supervisory Officer Arnold Petty, (CBP Employee); who can be reached through Defendant' s counsel.

8. Supervisory Officer Electrica Woods (CBP Employee) who can be reached through Defendant' s counsel.

9. Lynette Bryant, (Spouse of Eric Bryant), who can be reached through Plaintiff's counsel.

10. Corliss Ramsey, (Ex CBP Employee); who can be reached through Plaintiff's counsel.

11. Supervisory Officer Deion Page, (CBP Employee); who can be reached through Defendant's counsel.

12. Assistant Port Director David Beculheimer (CBP Employee), who can be reached through Defendant' s counsel.

13. Watch Commander Hoying (CBP Employee); who can be reached through Defendant's counsel.

14. Watch Commander Robert Stockett, (CBP Employee) who can be reached through Defendant's counsel.

15. Supervisory Officer Lynn Lybrand, (CBP Employee) who can be reached through
Defendant's counsel.

16. Supervisory Officer James Lietzow (CBP Employee)- Who can be reached through Defendant's counsel.

17. Supervisory Officer Todd Szymanski (CBP Employee) who can be reached through Defendant' s counsel.

18. Supervisory Officer Justin Thamarus (CBP Employee) who can be reached through Defendant's counsel.

19. Officer Joseph Morin, (CBP Employee) who can be reached through Defendant's counsel.

20. Officer Christopher Stolicker, (CBP Employee) who can be reached through
Defendant's counsel.

21. Officer J. Beswick, (CBP Employee) who can be reached through Defendant's counsel.

22. Officer Karene Smith, (CBP Employee) who can be reached through Defendant's counsel.

23. Supervisory Officer Marty Raybon, (CBP Employee) who can be reached through
Defendant's counsel.

24. Officer Christopher Perry, (CBP Employee) who can be reached through Defendant's counsel.

25. Officer Matthew Parker, (CBP Employee) who can be reached through Defendant's counsel.

26. Officer Chief Williams, (CBP Employee) who can be reached through Defendant's counsel.

27. Chief Ritiche, (CBP Employee) who can be reached through Defendant's counsel.

28. Barry Grant-Plaintiffs Expert Economist (Witness) who can be reached through Plaintiff's counsel.

29. Gerald Shiener-Expert Psychiatrist (Witness) who can be reached through Plaintiff's counsel.

30. Barry Dickey- Certified Forensic Analyst who can be reached through Plaintiff's counsel.

31. All persons named by Defendants.

32. Rebuttal witnesses as necessary.

33. Rebuttal experts as necessary.

34. All persons with knowledge who surface during the course of ongoing discovery in this matter.

35. All witnesses named by any party including any and all of Defendants.

36. All persons named in any documents produced in this matter.


Respectfully submitted,


/s/ Leonard Mungo
Leonard Mungo (P43562)
Mungo & Mungo At Law, PLLC
Attorney for Plaintiff
31700 Telegraph Rd.
 Suite 250
Bingham Farms, MI 48025
(248)792-7557

April 29, 2021

## **CERTIFICATE OF SERVICE**

    The undersigned, under penalty of perjury, certifies that a copy of the foregoing instrument was served upon all attorneys of record, by electronic mail to each of the attorneys of record at their respective addresses as disclosed by the pleadings of record, on April 29, 2021.

_____

/s/ Leonard Mungo
Leonard Mungo (P43562)
Mungo & Mungo At Law, PLLC
Attorney for Plaintiff
31700 Telegraph Rd.
 Suite 250
Bingham Farms, MI 48025
(248)792-7557

April 29, 2021