UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC S. BRYANT,

    Plaintiff,

v.

ALEJANDRO MAYORKAS,
Secretary, United States Department of
Homeland Security,

    Defendant.

Civil No. 20-cv-12214

Honorable Nancy G. Edmunds
Mag. Judge R. Steven Whalen

## Defendant's Witness List

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Stipulated Amended Scheduling Order dated April 30, 2021 (ECF No. 20), Defendant Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security, submits the following list of witnesses who may be called at trial:

1. Plaintiff Eric Bryant
2. David K. Beculheimer
3. Jeffrey Beswick
4. Roderick Blanchard
5. Cherie Gaboury
6. Mark Hoying

7. Craig Lemmen, M.D.

8. James Lietzow

9. Lynn Lybrand

10. Joseph M. Morin

11. Matthew D. Parker

12. Christopher Perry

13. Marty Raybon

14. Neil D. Ritchie

15. Karene Smith

16. Robert Stockett

17. Christopher W. Stolicker

18. Todd Szymanski

19. Justin Thamarus

20. James Williams

21. Matt Weinert

22. Gail A. Rinehart MA, LPC

23. All individuals identified on Plaintiff's witness list or initial disclosures.

24. All individuals identified in any discovery response or deposition in this case.

25. All individuals identified in any document produced in discovery in this case.

26. Records custodians necessary to authenticate or establish a foundation for any exhibit.

27. Individuals retained to rebut any expert testimony relied on by Plaintiff.

28. Any and all rebuttal or impeachment witnesses.

Defendant reserves the right to take trial depositions of any witness unable to attend and give live testimony at trial. Defendant further reserves the right to amend or supplement this witness list as discovery proceeds in this case.

                                            Respectfully Submitted,

                                            **Saima S. Mohsin**
                                            Acting United States Attorney

                                            */s/ Brittany D. Parling*
                                            **Brittany D. Parling** (P78870)
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, Michigan 48226
                                            (313) 600-8915
                                            Brittany.Parling@usdoj.gov

Dated: June 29, 2021

## **CERTIFICATION OF SERVICE**

I hereby certify that on June 29, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brittany D. Parling*
**Brittany D. Parling** (P78870)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 600-8915
Brittany.Parling@usdoj.gov
